**Vernon SWOBODA,**
**Employee/Respondent,**

v.

**SCHNUCK MARKETS, INC., Self–**
**Insured Employer/Appellant.**

**No. 75003.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 18, 1999.

Robert A. Bedell, St. Louis, for appellant.

Raymond J. Flunker, Jeffrey M. Proske, St. Louis, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

### PER CURIAM.

Employer appeals from the Labor and Industrial Relations Commission's "temporary or partial" award to employee. Employer's arguments address its liability and not the extent or duration of the award. This court, therefore, has jurisdiction for this appeal. *Hoenig v. Corrigan Brothers, Inc.*, 983 S.W.2d 526, 529 (Mo.App. E.D. 1998). The decision of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record; no error of law appears. An opinion would have no precedential value.

The decision is affirmed. Rule 84.16(b).